**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLADISLAV DAVIDZON,<br><br>Plaintiff,<br><br>v.<br><br>SF MARKETS, LLC, et al.,<br><br>Defendants. | No. 2:20-CV-2221-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendants' motion to dismiss, See ECF No. 6. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 27, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: January 22, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1