**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLADISLAV DAVIDZON,<br><br>Plaintiff,<br><br>v.<br><br>SF MARKETS, LLC, et al.,<br><br>Defendants. | No.  2:20-CV-2221-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On the Court's own motion, the scheduling conference set for March 10, 2021, before the undersigned in Redding, California, is vacated pending the Court's final ruling on Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:  February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1